**STATE of Missouri, Respondent,**

v.

**Ronald D. DAVIS, Appellant.**

**No. WD 40367.**

Missouri Court of Appeals,
Western District.

Nov. 22, 1988.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of sodomy, § 566.060, RSMo 1986, and sentence of ten years' imprisonment.

AFFIRMED. Rule 30.25(b).